476 A.2d 99

Commonwealth v. Collins, Appellant.

Submitted September 30, 1983. Daniel R. Lovette, III, Assistant Public Defender, for appellant; Patrick T. Kiniry, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

Judgment of sentence affirmed.